Approved by: _____   ORIGINAL
             JULIA MCCORMICK
             Special Assistant United States Attorney

Before:   THE HONORABLE MARTIN R. GOLDBERG
          United States Magistrate Judge
          Southern District of New York

19 MAG 8151.

- - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :    MISDEMEANOR
                                         COMPLAINT
                                    :

                                    :    Violation of
            -v-                          38 C.F.R. 1.218(a)(7)
                                    :

ARTHUR P. GREENE                    :

                                    :    COUNTY OF OFFENSE:
            Defendant                    WESTCHESTER
                                    :
- - - - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

   ANTHONY LUCIANO, being duly sworn, deposes and says that he is a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York, and charges as follows:

                        COUNT ONE

   On or about June 17, 2019, at the Montrose Veterans Administration Hospital, Montrose, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, ARTHUR P. GREENE, the defendant, unlawfully, knowingly and willfully possessed alcohol on Veterans Administration property, to-wit: defendant returned from a pass carrying a box and inside the box was eight bottles of liquor.

        (38 Code of Federal Regulations, 1.218(a)(7))


   The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York.

2. Upon information and belief, on or about June 17, 2019, at approximately 2:30 p.m., the defendant returned to Bldg 52 on VA property from a pass carrying a box and the health technician, Dawn Bush, asked him what was in the box and the defendant responded "liquor." Bush opened the box and discovered eight bottles of different liquors inside. VA police were contacted and responded to the scene.

3. Officer Thiele responded and interviewed Bush with regards to the incident. Bush provided a written statement. Officer Thiele advised the defendant of his rights which he invoked. PO Thiele took possession of the box which contained one bottle each of Ketel One Botanical Peach and Orange Blossom Vodka; Bacardi Mango Rum; Alize Pineapple French Vodka Liqueur; Svedka Mango Pineapple Vodka; 360 Mango Vodka; Don Q Pina Puerto Rican Rum Pineapple; Soleil Mimosa Mango Wine and Stoli Crushed Pineapple Vodka.

4. The defendant was arrested and taken to the police station for booking and processing.

6. The defendant was fingerprinted and photographed and issued a United States District Court Violation Notice for unauthorized introduction of alcohol on VA property (DCVN Number 9044126/SY53).

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

_____
ANTHONY LUCIANO
VA Police Service


Sworn to before me this
29th day of March 2017

_____
HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York