UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

   -against-

Arthur P. Greene,

                Defendant.

---

7:19-MJ-8151(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on August 29, 2019 accepted the defendant's plea of guilty to the charge of Disorderly Conduct in violation of the provisions of Section 240.20 of the Penal Law of New York State, in full satisfaction of the Misdemeanor Complaint filed on August 29, 2019, it is,

ORDERED, ADJUDGED AND DECREED that the Defendant, Arthur P. Greene is sentenced to pay a fine of $75.00, with time to pay White Plains by September 25, 2019 or appear on September 26, 2019 in this Court to show cause why the fine has not been paid.

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge